# EXHIBIT A

12-4-23
psc 3357

## Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2381CV03188

BIPING HUANG, PLAINTIFF(S),

v. HAIYAN LIU

Fluor Corporation, DEFENDANT(S)



### SUMMONS

THIS SUMMONS IS DIRECTED TO Fluor Corporation . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Superior Court Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.** Middlesex

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a. Filing your **signed original** response with the Clerk's Office for Civil Business, Superior Court, Middlesex 200 Tradecenter Dr. Woburn, MA 01801 (address), by mail or in person, **AND**

    b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 28 Baldwin Street, Winchester, MA 01890

3. **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi Brieger, Chief Justice on November 14, 20 23

_____

Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____, 20___      Signature: _____

**N.B.   TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

```
┌─────────────────────────────┐
│                             │
│                             │
│                      , 20___│
└─────────────────────────────┘
```

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.              SUPERIOR COURT DEPARTMENT
                            TRIAL COURT DIVISION

                            CIVIL DOCKET NO: 23-3188

BIPING HUANG )
Plaintiff(s), )
)
) FILED
v. ) IN THE OFFICE OF THE
) CLERK OF COURTS
HAIYAN LIU )
FLUOR CORPORATION ) NOV 1 4 2023
Defendant(s). )
) FOR MIDDLESEX COUNTY
                                        CLERK

## COMPLAINT, COMPENSATORY & JURY CLAIM

### INTRODUCTION

1. The parties Haiyan Liu and Biping Huang are using **Wechat** and **Discord** online from 2022 to 2023. The Defendant Haiyan Liu libels, slanders and cyberbullies the Plaintiff publicly in vicious ways in Wechat and Discord which causes reputation damage and emotional damage to the Plaintiff. By bringing this action, the Plaintiff seeks for justice and redress.

### PARTIES

2. The Plaintiff Biping Huang (hereinafter, "Plaintiff"), is an individual residing in Winchester, Middlesex County, Massachusetts, Zip code 01890 and is a citizen of

Page 1 of 11

Massachusetts. The Plaintiff is not a public figure. Biping Huang has wechat ID named Betty 黄 in Chinese ("Betty Huang" in English) with Wechat ID: bettyhuang1.

3. The Defendant, Haiyan Liu (hereinafter "Defendant"), is an individual residing in 7606 Bogard Ct., Sugar Land, Texas, Zip code 77479. Haiyai Liu has wechat ID named "鸿雁" " 鸿雁 " in Chinese ("Hongyan" in English) with Wechat ID: Haiyan_987654321. "鸿雁" " 鸿雁 " as identified as Haiyan Liu's Wechat ID.

4. The "Defendant Haiyan Liu" and the "Plaintiff Biping Huang" herein referred to as "the Parties".

5. The Defendant, Fluor Corporation (hereinafter "Fluor"), the company for which Defendant Haiyan Liu works full time, is located at 1 Fluor Daniel Dr, Sugar Land, TX 77478. Public Telephone of Fluor is 281-263-1000

## JURISDICTION AND VENUE

6. The Massachusetts Superior Court has jurisdiction over this action pursuant to MA G.L.c. 214, §1 and c.223A, §3 between Plaintiff and Defendants, and because the redress amount in controversy exceeds fifty thousands dollars ($50,000), exclusive of interest and costs.

7. Venue is proper in this district pursuant to MA G.L.c. 223.

## FACTS ABOUT RELEVANT MEDIA

8. **Wechat** is an instant messaging, social media, and mobile app developed by Tencent. A WeChat Group ("WCG") is a messaging group that can be created by any WeChat user,

and is by invitation only. A new member joins a WCG by either invitation from an existing member, Or by scanning an invitation link. Messaging (a.k.a post) in the group can only be viewed by group members. Therefore, a WCG is not a generally accessible website. A WCG consists of a maximum of 500 members. Those members are always don't show real identities, and come all over the countries and world. Two different WCGs do not share the same list of members. Therefore, sharing a post from the original WCG to a different WCG or to a non-WCG website constitutes reaching a new audience, and is therefore republication.

9. **Discord** is an instant messaging, social media, and mobile app developed by Discord, Inc. A Discord Group is a messaging group that can be created by any Discord user, and is by invitation only. A new member joins a Discord Group by scanning an invitation link. Messaging (a.k.a post) in the group can be only viewed by group members. Therefore, a Discord Group is not a generally accessible website. A Discord Group can consist of unlimited members such as hundreds or thousands of members. Those members are always don't show real identities, and come all over the countries and world. Therefore, sharing a post in one Discord Group constitutes reaching an audience without identities and all over the countries and world, and is therefore republication.

## FACTUAL ALLEGATIONS

### Facts Common to All Claims

10. Defendant Haiyan is a 50 year old woman who works full time on instrumentation and controls at Fluor located at 1 Fluor Daniel Dr, Sugar Land, TX 77478.

11. Fluor Corporation is a global engineering and construction company.

12. Defendant Haiyan has no licenses from Securities and Exchange Commission (SEC), Texas state, and Financial Industry Regulatory Authority (FINRA) in regarding teaching and leading others to trade securities and options.

13. Defendant performs online activities including posting chats, security information, option data, BOT analysis in her Wechat groups and Discord groups during her working hours while she is working full time at Fluor Corporation.

14. Defendant teaches trading stocks and option in her Wechat group and Discord group without any related license.

15. Defendant collects fund without any related license from the members in her Discord group (about 330 members by the date of September 17, 2023) to buy data from CBOE to trade stocks and options.

16. Defendant hires a software engineer to use a software system called BOT to analyse CBOE data which is bought with collected fund from her Discord members. Defendant then sell the Bot-analyzed data to her VIP memberships at VIP cost ($430 per year) to trade securities and options.

17. Plaintiff and Defendant Haiyan live in different states and never met in person.

18. Plaintiff and Defendant Haiyan were communicating in Wechat from February 2023 to July 2023. During the five months' communication, Defendant asked Plaintiff to bully / scold two people in two separate incidents. For one of the two victims, Defendant claimed he charged money for leading his fans to trade stocks. For another one of the two victims, Defendant claimed that victim stole Defendant's BOT. Defendant Haiyan has been bullying people online for various reasons by herself or using other people.

19. On September 2, 2023, Defendant and Defendant's software developer (Wechat ID "Ignite") advertises her BOT system in one Wechat group "美股交易心得分享会"-"US Stock Trading Experience Sharing Group" with more than 300 group members and its concurring clubhouse meeting where Plaintiff was a group member.

20. On September 2, 2023, Plaintiff pointed out real background of Defendant in the Wechat group ("美股交易心得分享会"-"US Stock Trading Experience Sharing Group) and its concurring clubhouse meeting to protect public interest of more than 300 group members.

21. Around September 3, 2023, Defendant posted this message to her Wechat Group "🦋🦋 鸿雁群 🦋🦋 - "Hongyan Group" with 500 group members: "Not only is Betty (Huang) **extremely ugly**, she is also **brain damaged** that it makes people speechless. Even if I took advantage of her, it was her own choice, and I didn't force her with a knife. This **idiot** will be **punished** one day." (The original Chinese words: betty 不光自己长得奇丑无比，脑残的已经让人无语。就算我利用她，那也是她自己的选择，我又没有拿刀逼她。这个傻逼总有一天会被人制裁的).

22. Around September 3, 2023, Defendant continued to post this message to her Wechat Group "🦋🦋 鸿雁群 🦋🦋 - "Hongyan Group" with 500 group members: "In the future, when you see Betty, this **mad dog**, getting **sick and farting everywhere**, you can directly say in the Wechat group "Group owners and group managers, **kick out this mad dog**." Needless to say more. (She is) an **useless dog** with **no technology or ability**. Does not need to spend any time and energy to take notice. If that group doesn't kick her out, give me the avatar of the group leader. Anyone who treats Betty as a normal person, as

long as I see it, I will kick that person out. Any fans in Betty's (Wechat) group, as long as I know about them, I will kick them. I don't want to have anything to do with Betty, this **mad dog**. A waste of life. This **mad dog** will **only bite people and never help them**. (The original Chinese words: 以后你们看见Betty这只疯狗发病，到处放屁，直接在群里说"群主群管，踢了这只疯狗吧"，不用说什么，一条无技术无能力的废狗不必花任何时间和精力去理去会。如果那个群不踢，请把那个群的群主头像给我，任何把Betty当正常人的人，只要我看见，我就踢。任何在Betty群的粉丝，只要我知道，我就踢。不想与Betty这只疯狗再有任何瓜葛。浪费生命。这只疯狗永远只会咬人不会帮助人。)

23. On September 4, 2023, Plaintiff were removed by two Wechat Groups ("快乐指数TSLA群"- " Happiness Index TSLA Group" and "Quant Unicorn 信息分享群"- " Quant Unicorn Information Sharing Group" ). In these two Wechat groups, Plaintiff had no any group violations which could cause being removed from the groups. This means that Defendant asked those two Wechat groups to remove or kick out Plaintiff.

24. Around September 6，2023. Defendant Haiyan obtained Plaintiff's personal privacy information from one member Wechat ID Ray (also as "顺势而为") and verbally spread Plaintiff's privacy in some Wechat groups. At least two Wechat friends of Plaintiff heard Defendant's verbal statements about Plaintiff's privacy.

25. In the following days, Plaintiff contacted with Defendant through the third party and tried to discuss about the litigation issue, and Defendant did not show her willingness to settle.

26. Defendant had previous same online label/slander/cyberbully activities during her working hours at Fluor and was reported by that previous victim to her Fluor HR.

27. Fluor fails to regulate Defendant's online behaviors/activities in Wechat and Discord during Defendant's working hours at Fluor Corporation.

## COUNT ONE AGAINST DEFENDANT

### (Libel)

28. Plaintiff repeats, re-alleges and incorporates by reference all paragraphs above with the same force and effect as if fully set forth herein.

29. Defendant published to others in her Wechat group with 500 members in written the false, defamatory and humiliating statements that Plaintiff is "extremely ugly", "brain damaged", "an idiot", "mad dog", "sick and farting everywhere", "useless dog with no technology or ability", "only bite people and never help them".

30. Defendant published to others in her Wechat group with 500 members in written the false and defamatory statements that Plaintiff did Cyberbully and "must be punished by laws".

31. Defendant libeled Plaintiff.

32. Defendant's written publications concerning Plaintiff tend to hold plaintiff up to scorn, hatred, ridicule, contempt, discredit, separation, removal in the minds of the web community (Wechat and Discord) at large; and further, they harm Plaintiff's reputation as to lower her in the estimation of the web community and to deter third parties, from associating or dealing with her.

## COUNT TWO AGAINST DEFENDANT

### (Slander Per Se)

33. Plaintiff repeats, re-alleges and incorporates by reference all paragraphs above with the same force and effect as if fully set forth herein.

34. Defendant published orally to others in her other smaller Wechat group the defamatory information about Plaintiff's private personal life.

35. Defendant slandered Plaintiff.

36. Defendant's oral defamatory statements is ascribed to Plaintiff the affair in her private life. Thus, such statements, if considered slander, are actionable without proof of economic damage. Ravnikar v. Bogojavlensky, 438 Mass. 627, 630 (2003).

37. Defendant's oral publications concerning Plaintiff tend to hold plaintiff up to scorn, hatred, ridicule, contempt, discredit, separation, removal in the minds of the web community (Wechat and Discord) at large; and further, they harm Plaintiff's reputation as to lower her in the estimation of the web community and to deter third parties, from associating or dealing with her.

## COUNT THREE AGAINST DEFENDANT

### (Cyberbully)

38. Plaintiff repeats, re-alleges and incorporates by reference all paragraphs above with the same force and effect as if fully set forth herein.

39. Defendant inflicts Cyberbully on Plaintiff by threatening to remove all the members in Plaintiff's Wechat group from Defendant's Wechat groups and getting other Wechat groups to remove Plaintiff.

40. Defendant's Cyberbully on Plaintiff tend to hold plaintiff up to scorn, hatred, ridicule, contempt, discredit, separate, removal in the minds of the web community (Wechat and Discord) at large; and further, they deter third parties from associating or dealing with Plaintiff.

## COUNT FOUR AGAINST DEFENDANT

### (Intentional Infliction of Emotional Distress)

41. Plaintiff repeats, re-alleges and incorporates by reference all proceeding allegations as though fully set forth herein.

42. Defendant's acts of labeling, slandering, defamatory statements, spreading false allocations, and cyberbully via Wechat and Discord caused mental suffering and severe emotional anguish and distress upon the plaintiff. Said acts were intended to cause Plaintiff to suffers embarrassment, humiliation, anxiety, low self-esteem, social separation, etc., and will continue to suffer said emotional distress in the future.

## COUNT FIVE AGAINST FLUOR

### (Neglect)

43. Plaintiff repeats, re-alleges and incorporates by reference all proceeding allegations as though fully set forth herein.

44. Defendant Fluor got previous complaint from another victim about Defendant's Haiyan's online acts of labeling, slandering, defamatory statements, spreading false allocations, and cyberbully via Wechat and Discord during her full time working hours.

45. Defendant Fluor neglected the previous complaint and fails to implement anti-bullying activities to regulate the behaviors of its current employee Haiyan Liu during her full time working hours regarding repeated online label / slander / cyberbully activities.

WHEREFORE, Plaintiff Biping Huang prays that judgement be entered against Defendant Haiyan Liu respectfully as follows:

(1) One all Counts, against Defendant Haiyan Liu, to pay Plaintiff **$500,000** which includes but is not limited to: compensation for damage of Plaintiff's reputation, emotional distress damages, punitive damages, costs, attorney's fee (if Plaintiff employs one at any time), and such other and further relief as may be just and proper.

(2) On all Counts, against Defendant Haiyan Liu, to issue a public written apology letter upon Plaintiff's approval in all her Wechat groups (" 鸿雁群 - "Hongyan Group", " 禁言 鸿雁群 - "Ban Post Hongyan Group", "HYdata Trial Group"), all her Discord groups () and all three Wechat groups ("美股交易心得分享会"-"US Stock Trading Experience Sharing Group", "快乐指数 TSLA 群"-"Happiness Index TSLA Group" and "Quant Unicorn 信息分享群"- "Quant Unicorn Information Sharing Group") that removed Plaintiff under Defendant's influence.

(3) On Count Five, against Defendant Fluor Corporation, to pay Plaintiff **$100,000** includes but is not limited to: compensation for damage of Plaintiff's reputation, emotional distress damages, punitive damages caused by its neglect.

(4) On Count Five, against Defendant Fluor Corporation, to urge Fluor Corporation to establish **a zero-tolerance** anti-bully and anti-cyberbully policy to regulate employee's behaviors. First, create or update anti-bullying policies that define bullying, cyberbullying, discrimination, harassment and inappropriate behavior and reflect zero-tolerance stance. Secondly, establish disciplinary actions. Thirdly, enforce and implement anti-bullying policies firmly and efficiently.

## DEMAND FOR JURY TRIAL

JURY CLAIM: Plaintiff demands trial by Jury on all counts.

Respectfully Submitted

Biping Huang

28 Baldwin Street

Winchester . MA 01890

Tel : ( 617 ) 642-6112

Email:bphuang66@gmail.com

Date : November 14, 2023

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 23-3188 | Trial Court of Massachusetts  The Superior Court |
|---|---|---|
| | | COUNTY |

| Plaintiff BIPING HUANG | Defendant: HAIYAN LIU , FLUOR CORPORATION |
|---|---|
| ADDRESS: 28 Baldwin Street, Winchester, MA 01890 | ADDRESS: |
| | HAIYAN LIU: 7606 Bogard Ct., Sugar Land, Texas 77479 |
| | FLUOR CORPORATION: 1 Fluor Daniel Dr, Sugar Land, Texas 77478 |
| Plaintiff Attorney: | Defendant Attorney: |
| ADDRESS: | ADDRESS: |
| BBO: | BBO: |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B15 | Libel, Slander, Cyberbully | A | ☒ YES ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?  ☐ YES  ☒ NO

Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

### STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

FILED IN THE OFFICE OF THE CLERK OF COURTS NOV 1 4 2023 FOR MIDDLESEX COUNTY CLERK

A. Documented medical expenses to date
  1. Total hospital expenses — $0.00
  2. Total doctor expenses — $0.00
  3. Total chiropractic expenses — $0.00
  4. Total physical therapy expenses — $0.00
  5. Total other expenses (describe below) — $600,000.00

Plaintiff seeks for damages for libeling, slandering and cyberbully

Subtotal (1-5): $600,000.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $600,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X  [signature]   Date: 11/14/2023

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION UNDER S.J.C. RULE 1:18(5)

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X   Date: