2024 JAN 12 PM 3: 24

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action No.**
**23CV13184**

|  |  |
|---|---|
| BIPING HUANG<br>　Plaintiff(s),<br><br>　　　　v.<br><br>HAIYAN LIU<br>FLUOR CORPORATION<br>　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **OPPOSITION TO DEFENDANT FLUOR'S MOTION TO DISMISS**

Plaintiff, Biping Huang ("Huang"), hereby opposes Defendant Fluor Corporation's ("Fluor") Motion to Dismiss the Plaintiff's complaint against it.

As grounds for this opposition, Plaintiff Huang asserts:

Personal Jurisdiction over Fluor is proper. The allegations in Count V in Plaintiff's complaint has made are sufficient at this stage to state the claim of Neglect. Defendant Fluor got previous complaint from another victim about Defendant's Haiyan 's online acts of labeling, slandering, defamatory statements, spreading false allocations, and cyberbully via Wechat and Discord during her full time working hours. Defendant Fluor neglected the previous complaint and fails to implement anti-bullying activities to regulate the behaviors of its current employee Haiyan Liu during her full time working hours regarding repeated online label / slander / cyberbully activities.

In support of this opposition submitted herewith and hereby incorporated herein is a memorandum of law.

WHEREFORE, Plaintiff Biping Huang requests an order denying Defendant Fluor's motion to dismiss Complaint against it.

                                                       Respectfully Submitted

                                                       Biping Huang (Pro Se)

/s/

Name Biping Huang (Pro Se)
Address: 28 Baldwin Street
Winchester . MA 01890
Tel : ( 617 ) 642-6112
Email:bphuang66@gmail.com

Date : January 12, 2024

Certificate of Service

Biping Huang, hereby certify that a true copy of the above document was served via email and/or first class mail, postage paid, on:

Jeffrey Shapiro Esq.
Zinnia Khan
FISHER & PHILLIPS LLP
200 State Street , 7th Floor
Boston, MA 02109
Email: zkhan@fisherphillips.com & jsshapiro@fisherphillips.com
Telephone: 6179047442


Ye Edward Huang, Esq.
LAW OFFICES OF YE E. HUANG
60 Walnut Street, 4th Fl.,
Wellesley, MA 02481
Email: yehuang@lawyeh.com
Telephone: (781) 922 8888; (781) 997 0088

Biping Huang (Pro Se)